In the Matter of the Application of the TOWN BOARD OF THE TOWN OF MAMARONECK, WESTCHESTER COUNTY, to Acquire, by Appointment of Commissioners of Appraisal, Certain Land for Right-of-Way Purposes, Required in the Construction

of Parallel Route of Boston Post Road, County Road 67-II of the County of Westchester. Town Board of the Town of Mamaroneck, Respondent; Lillian E. Ravenscroft, etc., Appellant.— Motion to dismiss appeals granted, without costs, and appeals dismissed, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ. [See *ante*, p. 835.]